

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-21-2011

# Mamadou Nbaye v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 10-4468

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Mamadou Nbaye v. Atty Gen USA" (2011). *2011 Decisions.* Paper 130.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/130

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-4468

MAMADOU NBAYE,
(a/k/a AMADOU KORKA DIALLO),
Petitioner


v.


ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

(BIA No. A097 520 789)


PRESENT: McKEE, Chief Judge,  FUENTES and GREENBERG, Circuit Judges


**ORDER**


On October 20, 2011, the Court issued a not precedential opinion and judgment in the above captioned matter.  Upon further consideration, the Court has determined that the opinion should be issued as a precedential opinion.

Accordingly, it is hereby O R D E R E D that the Court's opinion shall be filed as a precedential opinion as of the date of this order.  It is noted that some formatting and stylistics changes have been made to and typographical errors have been corrected in the original not precedential opinion.  These changes and the reissuance of the opinion as precedential does not alter the judgment as entered on October 20, 2011.

By the Court,

/s/ Morton I. Greenberg
Circuit Judge

Dated:  November 21, 2011
tmm/cc: Randall L. Johnson, Esq.
Puneet Cheema, Esq.